In the United States District Court

for the __MIDDLE__ District of __TENNESSEE__

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
JUL 20 2005
_____
DEPUTY CLERK

United States of America

v.

DANA DOUGLAS SCOTT

Criminal No. 3:05-00095

4:05-CR-060 HLM

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 8 2005

LUTHER D. THOMAS, Clerk
By: J Henry     Deputy Clerk

I, __Dana Douglas Scott__, defendant, have been informed that a __information__ ( indictment, *information, complaint* ) is pending against me in the above designated cause. I wish to plead __guilty__ ( *guilty, nolo contendre* ) to the offense charged, to consent to the disposition of the case in the __Northern__ District of __Georgia__ in which I __am under arrest__ ( *am under arrest, am held* ) and to waive trial in the above captioned District.

Dated: __6-15-05__ at __10:04 A.M.__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

ATTEST AND CERTIFY
**A TRUE COPY**
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

Approved

_____
United States Attorney for the
Middle District of Tennessee

_____
United States Attorney for the
Northern District of Georgia

(8)

This form was electronically produced by Elite Federal Forms, Inc.  FORM USA-153
SEP.82

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CRIMINAL DOCKET FOR CASE #: 3:05-cr-00095-ALL
#### Internal Use Only

FILED IN CLERK'S OFFICE
U.S.D.C.

Case title: USA v. Scott
Magistrate judge case number: 3:05-mj-01049

Date Filed: 05/18/2005

AUG 0 8 2005

LUTHER D. THOMAS, Clerk
By: J. Henry, Deputy Clerk

Assigned to: Senior Judge Thomas Wiseman

4:05-CR-060 HLM

ATTEST AND CERTIFY
**A TRUE COPY**
Clerk
U.S. District Court
Middle District of Tennessee
By: [signature]
Deputy Clerk

### Defendant

**Dana Douglas Scott** (1)
*TERMINATED: 07/20/2005*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

Felony Information filed 5/18/05:
18:875(c) Threatening interstate communications
(1)

**Disposition**

Rule 20 to Northern District of Georgia

**Highest Offense Level (Terminated)**

Felony

**Complaints**

18:875(c) Making a threatening interstate telehone call [ 3:05-m -1049 ]

**Disposition**

**Plaintiff**

USA

represented by **S. Carran Daughtrey**
Office of the United States Attorney
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
(615) 736-5151

Fax: (615) 736-5323
Email: carrie.daughtrey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2005 | 1 | COMPLAINT against deft Dana Douglas Scott signed by Magistrate Judge Juliet E. Griffin [ 3:05-m -1049 ] (as) (Entered: 05/03/2005) |
| 04/29/2005 |  | ARREST Warrant issued for Dana Douglas Scott by Magistrate Judge Juliet E. Griffin [ 3:05-m -1049 ] (as) (Entered: 05/03/2005) |
| 05/02/2005 |  | ARREST of deft Dana Douglas Scott on 5/2/05 in the Northern District of Georgia. (as) (Entered: 06/01/2005) |
| 05/03/2005 |  | Docket Modification (Utility) Deft Dana Douglas Scott was released on a $25,000 OR bond on 5/3/05 in the Northern District of Georgia. (as) (Entered: 06/01/2005) |
| 05/18/2005 | 2 | FELONY INFORMATION filed by Govt against deft Dana Douglas Scott (Count 1) (seal) (Entered: 05/19/2005) |
| 05/31/2005 | 3 | EMERGENCY APPLICATION by Govt for extension of time to present case to the Grand Jury under Title 18 USC, Sec. 3161(h)(8)(A) as to deft Dana Douglas Scott (kb) (Entered: 05/31/2005) |
| 05/31/2005 | 4 | ORDER by Chief Judge Robert L. Echols: EMERGENCY APPLICATION by Govt for extension of time to present case to the Grand Jury under Title 18 USC, Sec. 3161(h)(8)(A) as to deft Dana Douglas Scott [3-1] is GRANTED. (EOD 5/31/05) (cc: all counsel) (kb) (Entered: 05/31/2005) |
| 05/31/2005 | 5 | RULE 40 Documents received from Northern District of Georgia at Rome as to deft Dana Douglas Scott: Deft was arrested on 5/2/05, appeared with appointed counsel, requests a preliminary hearing in MD/TN. On 5/3/05, deft was released on a $25,000 OR bond. Deft wants to Rule 20 this case to Rome, GA. (as) (Entered: 06/01/2005) |
| 06/07/2005 | 6 | NOTICE of hearing: Arraignment is set for 10:00 a.m. on 6/17/05 for deft Dana Douglas Scott before Magistrate Judge Knowles . (kb) (Entered: 06/07/2005) |
| 06/09/2005 | 7 | AMENDED NOTICE: Arraignment is reset for 1:30 p.m. on 6/30/05 for deft Dana Douglas Scott (seal) (Entered: 06/10/2005) |
| 07/20/2005 | 8 | RULE 20 Consent to Transfer of Case for plea and sentencing in the Northern District of Georgia. Count One closed as to Dana Douglas Scott.(as, ) (Entered: 08/03/2005) |

United States District Court
Northern District of Georgia
600 East First Street
P.O. Box 1186
Rome, Georgia 30162-1186

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAY 3 1 2005

DEPUTY CLERK

Luther D. Thomas
Clerk of Court

4:05-CR-060 HLM

May 2, 2005

(706) 378-4060

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 8 2005

LUTHER D. THOMAS, Clerk
By: Henry
Deputy Clerk

Clerk's Office:

Removal proceedings were held in this district on May 2, 2005 regarding Dana Douglas Scott N.D.Ga. Case No. 4:05-MJ-53-01-WEJ, your Case No. 05-1049 MG. Enclosed are our documents of said proceedings.

If you have any questions, please call the Magistrate Courtroom Deputy at (706) 378-4090.

Sincerely,

Kari Butler
Deputy Clerk

Enclosure

Rule 5
documents

(5)

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

FILED
2005 MAY 18 AM 11:23
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) NO. 3:05-00095 |
| DANA DOUGLAS SCOTT | ) 18 U.S.C. § |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

4:05-CR-060 HLM          AUG 0 8 2005

LUTHER D. THOMAS, Clerk
By: J. Henry
            Deputy Clerk

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about April 26, 2005, in the Middle District of Tennessee and elsewhere, **DANA DOUGLAS SCOTT**, willfully and knowingly did transmit in interstate commerce from Cartersville, Georgia to Franklin, Tennessee, a telephone communication to Donna Odem, a Customer Service Representative employed by Primus, which telephone communication contained a threat to injure the person of Donna Odem and others, by referencing the Oklahoma City bombing and threatening to use more powerful explosives in retaliation for the repossession of his vehicle.

In violation of Title 18, United States Code, Section 875(c).

ATTEST AND CERTIFY
**A TRUE COPY**
Clerk
U.S. District Court
Middle District of Tennessee
By: [signature]
Deputy Clerk

[signature]
JAMES K. VINES
UNITED STATES ATTORNEY



| MAGISTRATES CRIMINAL MINUTES COMPLAINT/INDICTMENT | FILED IN OPEN COURT |
|---|---|
| | DATE: 5/3/05 @ 11:40 a.m. |
| | TAPE: 11 @ 1 |
| 4:05-CR-060 HLM | TIME IN COURT: 10 minutes |

MAGISTRATE __WALTER E. JOHNSON__  DEPUTY CLERK __KARI BUTLER__

CASE NUMBER __4:05-MJ-53-01-WEJ__  DEFENDANT'S NAME: __Dana Douglas Scott__

AUSA __Kim Dammers__  DEFENDANT'S ATTY __Tim Crouch__

Type Counsel  (X) CJA  ( )RETAINED  ( )PDA  ( ) WAIVED

USPO/PTR __Shree Sullivan__

____ Initial appearance hearing held. (X) Complaint  ( ) Indictment  ( ) Bond Revocation  ( ) Probation Rev

### PRELIMINARY HEARING

____ Preliminary hearing set/reset/cont to _____ @ _____

____ Defendant **WAIVES** preliminary hearing. **WAIVER FILED.**

____ Preliminary hearing **HELD**.

____ Order finding probable cause. Defendant held to District Court.

### BOND/PRETRIAL DETENTION HEARING

____ Government Motion for Detention/Hearing  ( ) Verbal  ( ) Written, filed.

____ Pretrial detention hearing set for _____ @ _____

____ Temporary Commitment issued.

XX **Bond**/Pretrial detention hearing held.

____ Bond/Pretrial detention hearing waived.

XX Government Motion for detention **withdrawn**. ____ GRANTED ____ DENIED.

____ Pretrial detention ordered. (Written order to follow ____)

XX Bond set at $25,000 (OR)____ NON SURETY ____ SURETY ____

____ Cash ____ Property ____ Corporate surety ONLY

XX SPECIAL CONDITIONS: SEE BOND PAPERS.

XX Bond Filed, defendant released.

____ Bond not executed, defendant to remain in Marshal's custody.

____ Motion (verbal ___) to reduce bond hearing held.

____ Motion to reduce bond ____ GRANTED ____ DENIED.

### COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant. (____ **INITIAL APPEARANCE**)

____ ORDER appointing _____ as counsel for defendant.

____ ORDER defendant to pay attorney's fees as follows: _____

X Preliminary hearing/detention hearing - **SEE OTHER SIDE**

Defendant wants to transfer case to USDC-NDGA Rome Division and plead guilty. Govt. will discuss with AUSA in Tennessee and start the Rule 20 process.

| MAGISTRATES CRIMINAL MINUTES REMOVAL | FILED IN OPEN COURT |
|---|---|
| | DATED: 5/● @ 11:45 a.m. |
| | TAPE: 10 @ 4376 |
| | TIME IN COURT: 10 minutes |

MAGISTRATE __WALTER E. JOHNSON__  DEPUTY CLERK __KARI BUTLER__
CASE NUMBER __4:05-MJ-053-01-WEJ__  DEFENDANT'S NAME: __Dana Douglas Scott__
AUSA __Kim Dammers by phone__  DEFENDANT'S ATTY __Tim Crouch__
                Type Counsel     (X) CJA ( )RETAINED ( )PDA ( ) WAIVED
USPO/PTR __Shree Sullivan__

4:05-CR-060 HLM

FILED IN CLERK'S OFFICE
U.S.D.C. - A....

AUG 0 8 2005

LUTHER D. THOMAS, Clerk
By: JHenry   Deputy Clerk

__XX__ Initial appearance hearing held.
__XX__ Defendant informed of rights.
_____ ORDER appointing Federal Defender Program attorney for defendant.
__XX__ ORDER appointing __Tim Crouch__ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows:
__XX__ Defendant **WAIVES** removal hearing (as to identity only). **WAIVER FILED**.
__XX__ Defendant **WAIVES** preliminary hearing (__X__ **In this district only). Requests hearing in Tennessee.**
_____ Removal hearing set/reset/cont to _____ @ _____.
__XX__ Removal hearing **HELD**.
_____ Order finding probable cause. Defendant held to District Court for removal to other district.
_____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to another district.
__XX__ Order defendant removed to other district.

### BOND/PRETRIAL DETENTION HEARING

__XX__ Government Motion for Detention/Hearing    (x)Verbal    ( ) Written, filed.
__XX__ Pretrial detention hearing set for __5/3/05__ @ __11:45 a.m.__
__XX__ Temporary Commitment issued.
_____ Bond/Pretrial detention hearing held.
_____ Bond/Pretrial detention hearing waived.
_____ Government Motion for detention _____ **GRANTED** _____ **DENIED**.
_____ Pretrial detention ordered. (Written order to follow _____)
_____ Bond set at $_____ NON SURETY _____ SURETY _____
        _____ Cash _____ Property _____ Corporate surety ONLY
_____ SPECIAL CONDITIONS: SEE BOND PAPERS.
_____ Bond Filed, defendant released.
_____ Bond not executed, defendant to remain in Marshal's custody.

AO 466 (Rev. 1/03) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v. 4:05-CR-060-HLM

DANA DOUGLAS SCOTT
Defendant

**WAIVER OF RULE 40 HEARINGS**
**(All Criminal Cases)**

JUDGE: Walter E. Johnson

CASE NUMBER: 4:05-MJ-053-01-WEJ

FILED IN CHAMBERS
U.S.D.C. Rome
MAY - 2 2005
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 0 8 2005
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

I understand that charges are pending in the ___Middle___ District of ___Tennessee___ alleging violation of ___Title 18, U.S.C. Section 875 (c)___ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- *Check one only* -

[X] **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

( ) identity hearing and have been informed I have no right to a preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant, Dana Douglas Scott

May 2, 2005
Date

_____
Defense Counsel

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| GANDRO | DANA DOUGLAS SCOTT | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 4:05-MJ-53-01-WEJ | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US V. DANA DOUGLAS SCOTT | X Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | X Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | Other: Initial Appearance only on removal |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
Title 18, United States Code, Section 875 (c)   4:05-CR-060 HLM

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS
Timothy J. Crouch
401 Broad Street
Suite 110
Rome, GA 30161

Telephone Number: 706-235-0878

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
X O  Appointing Counsel           ☐ C  Co-Counsel
☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney      ☐ Y  Standby Counsel

Prior Attorney's
Appointment Dates: _____
X Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_signature_
Signature of Presiding Judicial Officer or By Order of the Court

May 2, 2005
Date of Order                         Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $_____) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $_____) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: USA V.S. DANA DOUGLAS SCOTT

FOR
AT

PERSON REPRESENTED (Show your full name): DANA DOUGLAS SCOTT

1. X Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 4:05-MJ-53-01-WEJ
District Court:
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) X Felony  ☐ Misdemeanor

## ANSWERS

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed — Believes fired
- Name and address of employer: As of ~~Aug 1~~ April 30, 2005
- IF YES, how much do you earn per month? $
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☑ Yes ☐ No — Dept of Transportation
- IF YES, how much does your Spouse earn per month? $ 1,200.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: $ _____ SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 600.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- VALUE: Unknown / $500.00
- DESCRIPTION: 3 bedroom/1 bath 1979 ½ acre / 1991 Ford Ranger Pickup

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ MARRIED (☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED)
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: 23 yrs old daughter single mom with son.

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Home | | $ | $ 300.00 |
| Utilities (all) | | $ | $ 400.00 |
| Phone with internet | | $ | $ 120.00 |
| Food | | $ | $ 350.00 |
| | | | 1,170.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) May 2, 2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Dana Scott