UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA )
 )
vs. ) CRIMINAL CASE NO. 4:05-CR-60-01-HLM
 ) Rule 20      Information
DANA DOUGLAS SCOTT )

## NOTICE OF SENTENCING DATE

**TO: Above named Defendant**

By direction of the Honorable __Harold L. Murphy__, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia on __October 28__, 20__05__ at __1:30 P.__ M. for imposition of sentence. On that date report to the U.S. Courthouse, Rome, Georgia.

**You will receive no further notice.**

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

Luther D. Thomas, Clerk

DATE: __08/18/05__

COUNSEL: __Timothy J. Crouch__

RECEIVED: __Dana D Scott__
(DEFENDANT)

BY: __Samuel M Johnston__
COURTROOM DEPUTY CLERK

**NOTE:** No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above. __706-378-4084__

| PLEA ☐ | BOND ☒ | STATE CUSTODY ☐ | NOLO ☐ |
| TRIAL ☐ | FEDERAL CUSTODY ☐ | USM CUSTODY ☐ | NEGOTIATED PLEA ☒ |

TO COUNTS: __ONE (1)__

OF TOTAL COUNTS: __ONE (1)__

ASST. U.S. ATTY. __Kim Dammers__



CLERK