FILED IN CLERK'S OFFICE
U.S.D.C. Rome

OCT 29 2005

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

```
1      IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ROME DIVISION
   ---------------------------
3  UNITED STATES OF AMERICA )   CRIMINAL DOCKET NUMBER
                            )       4:05-CR-60-HLM
4            V.             )
                            )       ROME, GEORGIA
5  DANA DOUGLAS SCOTT       )   THURSDAY, AUGUST 18, 2005
   ---------------------------        10:15 A.M.
6

7                  TRANSCRIPT OF PLEA
       BEFORE THE HONORABLE HAROLD L. MURPHY,
8            UNITED STATES DISTRICT JUDGE

9
   APPEARANCES:
10

11   FOR THE UNITED STATES:   KIM DAMMERS, AUSA
                              600 U.S. COURTHOUSE
12                            75 SPRING STREET, S.W.
                              ATLANTA, GEORGIA  30303
13                            (404) 581-6187

14
     FOR THE DEFENDANT:       TIMOTHY J. CROUCH
15                            401 BROAD STREET
                              SUITE 110
16                            ROME, GEORGIA  30161
                              (706) 235-0878
17

18

19

20

21   COURT REPORTER:          DENNIS J. REIDY
                              309 U.S. DISTRICT COURTHOUSE
22                            600 EAST FIRST STREET
                              ROME, GEORGIA  30161
23                            (706) 291-5610

24
            PROCEEDINGS RECORDED BY STENOGRAPHY
25             TRANSCRIPT PRODUCED BY COMPUTER
```