FILED IN CLERK'S OFFICE
U.S.D.C. Rome

NOV - 3 2005

LUTHER ... THOMAS, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

## for

# NORTHERN DISTRICT OF GEORGIA

**U. S. A. vs. Dana Scott**                              **Docket No. 4:05-CR-60-01-HLM**

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY PROBATION SHOULD NOT BE REVOKED

COMES NOW L. Shree Sullivan PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Dana Scott who was placed on supervision for the offense of Threatening Interstate Communications, Title 18 U.S.C. § 875 (c), by the Honorable Harold L. Murphy sitting in the Court at Rome, on the 1st day of November, 2005, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall participate in the Level II Home Confinement Electronic Monitoring Detention Program for a period of 180 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without "Call Forward", "Call Waiting", "Caller ID", a modem, answering machine, portable cordless telephone or any devices or services which may interfere with the proper functioning of the monitoring equipment. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall be responsible for payment of said program (home confinement with electronic monitoring) on terms and conditions set by the United States Probation Officer only upon a determination by that officer the defendant is financially able to do so.

The defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Officer.

The defendant shall participate in an anger management treatment program under the guidance and supervision of the U.S. Probation Officer.

The defendant shall submit to a search of his person, property (real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The defendant shall not contact any victims or any other employees of Primus in Tennessee except through attorney.

While on probation, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. 14135a(d)(1) and 10 U.S.C. 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(If short insert here; if lengthy write on separate sheet and attach)

VIOLATION OF CONDITION #3 - FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER & VIOLATION OF ELECTRONIC MONITORING HOME CONFINEMENT CONDITION #10 - AGREE TO NOT HAVE FEATURES/DEVICES THAT INTERFERE WITH FUNCTIONING OF THE ELECTRONIC MONITORING EQUIPMENT: After having been informed that he would need a telephone line free of all features (o party lines, answering machines, voice mail, cordless phones, call forwarding, caller ID, call waiting, call block or other devices) for the period of electronic monitoring home confinement, Mr. Scott informed Senior Probation Officers Donna E. Andrews and Shree Sullivan that he would not remove the features and devices from his current line and would not be having another line installed.

PRAYING THAT THE COURT WILL ORDER Dana Scott to appear before the Court on November 10, 2005 at 1:30 p.m., as directed to show cause why Probation should not be revoked.

ORDER OF COURT

Considered and ordered this __3__ day of

__November__, __2005__

and ordered filed and made a part of the records

in the above case.

Honorable Harold L. Murphy
U. S. District Court Judge

Respectfully,

L. Shree Sullivan
Sr. U. S. Probation Officer

Place:   Rome, Georgia

Date:    November 3, 2005

Shree Sull- for     11-3-05
Richard C. Flanigen
Supv. U. S. Probation Officer

ATTEST: A TRUE COPY

NOV - 3 2005

By: _____ Clerk
      Deputy Clerk